UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 11-11542-GAO

GREAT AMERICAN INSURANCE COMPANY and
FEDERAL INSURANCE COMPANY,
Plaintiffs,

v.

GRANITE STATE INSURANCE COMPANY,
Defendant.

ORDER
September 30, 2013

O'TOOLE, D.J.

This Order resolves three pending discovery motions:

**I.**     **Granite State's Motion to Compel (dkt. no. 12)**

Granite State's motion to compel answers to interrogatories and requests to produce documents is GRANTED as to Interrogatories 1, 7, 9-13, and 15-20 and as to Requests 5, 8-10, 15-36, and 38-41.

**II.**    **Great American's Motion to Compel (dkt. no. 24)**

Great American's motion to compel Granite State to produce the documents concerning loss reserves established as identified in Requests 4 an5 is GRANTED.

**III.**   **Federal's Motion to Compel (dkt. no. 35)**

Federal's motion to compel production of documents and answers to interrogatories is DENIED as to Requests 32 and 33 but GRANTED as to Interrogatories 18 and 19.

As to all matters, any claim of privilege must be accompanied by an appropriate privilege log.

It is SO ORDERED.

                                        /s/ George A. O'Toole, Jr.
                                        United States District Judge